IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-61-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DISMISS PETITION ALLEGING VIOLATION OF SUPERVISED RELEASE CONDITIONS |
| ANTHONY MICHAEL MCGARRY, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States to dismiss the petition alleging a violation of supervised release conditions (Doc. 47). For good cause shown,

**IT IS HEREBY ORDERED** that the motion (Doc. 47) is **GRANTED** and the petition alleging a violation of supervised release conditions (Doc. 34), is **DISMISSED**.

**IT IS FURTHER ORDERED** that the revocation hearing set for March 18, 2020 at 1:30 p.m. is **VACATED**.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of March, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge